18709. SIMMONS, *alias* POPE *v.* THE STATE.

Decided April 10, 1928.

*Jere M. Moore*, for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

LUKE, J. A witness in this case testified that he paid defendant $1 for a pint of whisky. The defendant flatly contradicted this witness. Clearly this court is without authority to set aside the conviction of the defendant of both possessing and selling whisky; and the trial judge did not err in overruling the motion for a new trial, based solely upon the usual general grounds.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*